IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERMAIN D. EVANS**                                                                                       **PLAINTIFF**

V.                                                              **4:20CV00754 JM**

**DAVID BEVIS, et al,**                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 24th day of May, 2021.

_____
James M. Moody Jr.
United States District Judge